IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| PETER M. TORRIGROSSA II, <br> ADC #114897, <br> Petitioner, <br> v. <br><br> RAY HOBBS, Director, <br> Arkansas Department of Correction <br><br> Respondent. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br> No. 5:13CV00237-JJV |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this 8th day of April, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE